**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

E. THOMAS SCARBOROUGH, III,  :  No. 126 MM 2018
:
Petitioner  :
:
:
:
v.  :
:
:
:
NORTHAMPTON COUNTY COURT OF  :
COMMON PLEAS,  :
:
Respondent  :

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of September, 2018, the Application for Leave to File Original Process and the Application to File under Seal are GRANTED, and the Application for Extraordinary Relief is DENIED.